JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PETER NEILSON,<br><br>        Plaintiff,<br><br>   v.<br><br>ATC OPERATIONS, LLC, a Delaware limited liability company; AMERICAN TOWER CORPORATION, a Delaware corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO.: 8:18-CV-1833 AG (DFMx)<br>Assigned to: Andrew J. Guilford<br>Complaint Filed:  06/11/2018<br>Date of Removal:  10/12/2018<br>Trial Date:  02/04/2020<br><br>**ORDER RE: STIPULATION TO DISMISS WITH PREJUDICE** |

Based on the stipulation of the parties hereto, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, with each party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: May 23, 2019

_____
HON. ANDREW J. GUILFORD
United States District Court Judge